Cite as 2023 Ark. 124

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CLIENT SECURITY FUND COMMITTEE | Opinion Delivered September 21, 2023 |

## PER CURIAM

The court appoints Rachel Kate Anderson, Esq., of Scott, to the Client Security Fund Committee for a term expiring on July 31, 2028. The court appreciates Ms. Anderson's willingness to serve on this important committee.